**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
Suren N. Weerasuriya, Esq. (SBN: 278512)
sweerasuriya@attorneysforconsumers.com
Adrian R. Bacon, Esq. (SBN: 280332)
abacon@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD MAKARON, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br>**v.**<br><br>**LIFE PROTECT 24/7, INC.,**<br><br>**Defendant.** | **Case No.:** 2:14−cv−05776−SJO−PJW<br>(the Honorable S. James Otero)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION<br><br>Complaint served: August 8, 2014<br>Current response date: August 29, 2014<br>New response date: September 19, 2014<br><br>Plaintiff's current L.R. 23-3 date: October 22, 2014<br>Plaintiff's new L.R. 23-3 filing date: April 21, 2015 |

Pursuant to Local Rule 8-3, Plaintiff EDWARD MAKARON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED ("Plaintiff") and Defendant LIFE PROTECT 24/7, INC.

("Defendant") hereby stipulate that the time within which Defendant may answer, plead or otherwise respond to the Complaint, filed on July 24, 2014 and served on August 8, 2014, in the above-referenced matter is hereby extended from the original deadline of August 29, 2014 to September 19, 2014. In exchange, the parties agree that the time within which Plaintiff may file his motion for class certification pursuant to Local Rule 23-3 is hereby extended from October 22, 2014 to April 21, 2015.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Defendant's deadline to answer or otherwise respond to the Complaint is extended from August 29, 2014 to September 19, 2014.

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel of record, that Plaintiff's deadline to file her motion for class certification is extended from October 22, 2014 to April 21, 2015.

Dated: September 4, 2014

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

BY: /s/ Adrian R. Bacon
Todd M. Friedman, Esq.
Adrian R. Bacon, esq.
ATTORNEYS FOR PLAINTIFF

Dated: September 4, 2014

**YOKA & SMITH, LLP**

BY: /s/ Timothy R. McCormick
Christopher E. Faenza, Esq.
Timothy R. McCormick, esq.
ATTORNEYS FOR DEFENDANT

**PROOF OF SERVICE**

I, Adrian R. Bacon, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 245 Fischer Avenue, Suite D1, Costa Mesa, CA 92626. On September 5, 2014, I served the following documents:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; PROPOSED ORDER**

By the following means of service:

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒ E-MAIL – by attaching the document(s) listed above to an email and sending via the net to the email addresses listed below.

Timothy R. McCormick
YOKA & SMITH, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
tmccormick@yokasmith.com

Executed on September 5, 2014, at Costa Mesa, California.

By:_/s/ Adrian R. Bacon____
Adrian R. Bacon