JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MAKARON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LIFE PROTECT 24/7, INC., <br><br> **Defendant.** | Case No. 2:14–CV- 05776-SJO (PJWx) <br><br> **ORDER** |

   **UPON COURT'S REVIEW** of PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE AS TO ALL PARTIES**:**

   **IT IS HEREBY ORDERED** that the above-entitled action be dismissed without prejudice in it's entirety, as to all parties and as to all claims pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:   10/29/14

_S. James Otero_
_____
The Honorable S. James Otero